1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

8
9
10

OSCAR URIBE,

11

     Petitioner,

12

vs.

13

ISIDRO BACA, *et al.*,

14

     Respondents.

Case No. 3:15-cv-00309-RCJ-WGC

**ORDER**

15
16
17

     Petitioner Oscar Uribe has submitted a petition for habeas corpus as well as a financial certificate and inmate account statements. He has not, however, filed an application to proceed *in forma pauperis*. Based on the current information about petitioner's financial status, including any additional information he may have provided, the court finds that he is able to pay the full fee pursuant to 28 U.S.C. § 1915.

18
19
20
21
22

     **IT IS THEREFORE ORDERED** that within **thirty (30) days** of the date of this order petitioner **SHALL FILE** a completed application for leave to proceed *in forma pauperis.*

23

     **IT IS FURTHER ORDERED** that, based on the financial information provided, petitioner shall also have **thirty (30) days** from the date this order is entered to have the $5.00 filing fee sent to the Clerk. Failure to do so may result in the dismissal of this action. The Clerk is directed to RETAIN the petition but not file it at this time.

24
25
26
27
28

1     **IT IS FURTHER ORDERED** that the Clerk shall send petitioner two copies of an application

2 to proceed *in forma pauperis* and one copy of instructions for the form.

3

4     DATED: This 9th day of November, 2015.

5

6     _____

7     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28