UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| OSCAR URIBE,<br><br>                      Petitioner,<br>     v.<br>ISIDRO BACA, et al.,<br><br>                      Respondents. | Case No. 3:15-cv-00309-RCJ-WGC<br><br>ORDER |

This *pro se* § 2254 habeas petition is before the court on petitioner's motion for enlargement of time to file his reply in support of the petition (ECF No. 33). Good cause appearing,

**IT IS ORDERED** that petitioner's motion for enlargement of time to reply in support of his petition (ECF No. 33) is **GRANTED**. Petitioner shall file and serve his reply on or before July 25, 2018.

DATED: 18 June 2018.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

1