UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| OSCAR URIBE,<br><br>　　　　　Petitioner,<br>　v.<br>ISIDRO BACA, et al.,<br><br>　　　　　Respondents. | Case No. 3:15-cv-00309-RCJ-WGC<br><br>ORDER |

On April 29, 2021, this court denied Oscar Uribe's *pro se* 28 U.S.C. § 2254 habeas corpus petition, and judgment was entered (ECF Nos. 39, 40). The order was sent via U.S. mail to Uribe at his address of record (*see* ECF No. 41). The order was returned with the notation "not in custody." Now Uribe has sent a letter inquiring about the status of his case (ECF No. 42). He states that he does not know if the court received his notice of change of address. It does not appear that the court received such notice.

**IT IS THEREFORE ORDERED** that the Clerk resend a copy of the order denying the petition (ECF No. 39) to the petitioner at the address listed on his letter at ECF No. 42 (High Desert State Prison).

DATED: 1 July 2021.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1